UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MALIK D. SANGSTER, et al., | Case No. 2:21-cv-09573-DSF-JDE |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| LOS ANGELES SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative Complaint (Dkt. 1) filed by Plaintiffs Malik D. Sangster, Bridget Sangster, and Lumbsden A. Sangster (collectively, "Plaintiffs"); the Motion to Dismiss the Complaint (Dkt. 12, "Motion to Dismiss") and Request for Judicial Notice (Dkt. 13) filed by Defendants Los Angeles County Sheriff's Department, Deputy Castre Jon, Deputy John Fink, Sergeant Jason Goedecke  (collectively, "Defendants"); and the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 22, "Report"). No party filed timely objections to the Report.  The Report is approved and accepted.

/ / /

IT IS HEREBY ORDERED that:

(1) Defendants' Request for Judicial Notice (Dkt. 13) is GRANTED in part as to the Los Angeles County Superior Court's ruling on the demurrer and DENIED in all other respects;

(2) Defendants' Motion to Dismiss (Dkt. 12) is GRANTED as to Plaintiff's First, Second, Fourth, Fifth, and Sixth Causes of Action asserted in the operative Complaint without further leave to amend and DENIED as to the Third Cause of Action; and

(3) Defendants are ordered to answer the Complaint and the Third Cause of Action within 21 days from the date of this Order.

IT IS SO ORDERED.

Dated: August 26, 2022

_____
DALE S. FISCHER
United States District Judge