UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MALIK D. SANGSTER, et al., <br><br> Plaintiff, <br><br> v. <br><br> LOS ANGELES SHERIFF'S DEPARTMENT, et al., <br><br> Defendants. | Case No. 2:21-cv-09573-DSF-JDE <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative Complaint (Dkt. 1) filed by Plaintiffs Malik D. Sangster, Bridget Sangster, and Lumbsden A. Sangster (collectively, "Plaintiffs"); the minute orders of the assigned magistrate judge ordering briefing of issues (Dkt. 32, 35, 37); the responses thereto filed by Defendants Los Angeles County Sheriff's Department, Deputy Castre Jon, Deputy John Fink, Sergeant Jason Goedecke (Dkt. 33, 36) and supporting materials; and the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 39, "Report"). No party filed timely objections to the Report. The Report is approved and accepted.

/ / /

IT IS HEREBY ORDERED that:

(1) The sole remaining claim in the case, the Third Cause of Action alleged in the Complaint, is DISMISSED without prejudice;

(2) Judgment shall be entered in accordance with this Order and the prior Order Accepting Report and Recommendation (Dkt. 23).

IT IS SO ORDERED.

DATED:  December 21, 2022

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE