JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MALIK D. SANGSTER, et al., | Case No. 2:21-cv-09573-DSF-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| LOS ANGELES SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to the Orders Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

(1) The First, Second, Fourth, Fifth, and Sixth Causes of Action asserted in the Complaint are dismissed with prejudice; and

(2) The Third Cause of Action asserted in the Complaint is dismissed without prejudice.

DATED: December 21, 2022

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE